ORIGINAL



FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR - 5 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

DEMARCUS NEWSOME,
MIKEAL DENNARD, AND
HERBERT YOUMANS

Criminal Indictment

No. **1:22-CR-106**

**UNDER SEAL**

THE GRAND JURY CHARGES THAT:

## Count One

Beginning on a date unknown to the Grand Jury, but by at least on or about January 1, 2022, and continuing through on or about the presentment date of this Indictment, in the Northern District of Georgia and elsewhere, the defendants, DEMARCUS NEWSOME, MIKEAL DENNARD, AND HERBERT YOUMANS, did knowingly and willfully conspire, agree, and have a tacit understanding with one another to:

A. Willfully engage in the business of dealing in firearms while not being a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D); and

B. Knowingly possess at least one machinegun, as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

**Manner and Means of the Conspiracy**

During, and as a part of, the conspiracy:

1. Defendants DEMARCUS NEWSOME, MIKEAL DENNARD, AND HERBERT YOUMANS, who were not then a licensed importer, manufacturer, dealer, and collector of firearms, transferred ten (10) firearms to an individual known to the grand jury, who also was not a licensed importer, manufacturer, dealer, and collector of firearms.

2. Defendants DEMARCUS NEWSOME, MIKEAL DENNARD, AND HERBERT YOUMANS, possessed nine (9) machineguns, as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b).

**Overt Acts**

In furtherance of the conspiracy, the defendants, DEMARCUS NEWSOME, MIKEAL DENNARD, AND HERBERT YOUMANS, committed, and caused to be committed, at least one of the following overt acts in the Northern District of Georgia:

3. On or about January 7, 2022, Defendant DEMARCUS NEWSOME, who was not then a licensed importer, manufacturer, dealer, and collector of firearms, sold one (1) firearm, that is, a Palmetto State Armory, model 7.62 x 39, rifle which is a machinegun, as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), to an individual known to the grand jury.

4. On or about January 19, 2022, Defendants DEMARCUS NEWSOME AND MIKEAL DENNARD, who were not then a licensed importer, manufacturer, dealer, and collector of firearms, sold two (2) firearms, that is, a Kalashnikov, model KR9S machinegun, as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), and a Masterpiece Arms pistol, to an individual known to the grand jury.

5. On or about March 1, 2022, Defendant MIKEAL DENNARD, who was not then a licensed importer, manufacturer, dealer, and collector of firearms, sold three (3) machineguns, as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that is, one (1) Aero Precision, model X-15 multicaliber machinegun, one (1) Anderson Manufacturing, Model AM-15 multicaliber machinegun, and one (1) Bear Creek Arsenal, model BCA 15 multicaliber machinegun, to an individual known to the grand jury.

6. On or about March 16, 2022, Defendants HERBERT YOUMANS AND MIKEAL DENNARD, who were not then a licensed importer, manufacturer, dealer, and collector of firearms, sold one (1) firearm, that is, a Kalashnikov, model KS-12 shotgun, which is a machinegun as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), to an individual known to the grand jury.

7. On or about March 24, 2022, Defendants HERBERT YOUMANS AND MIKEAL DENNARD, who were not then a licensed importer, manufacturer,

dealer, and collector of firearms, sold three (3) machineguns, as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that is, one (1) Brigade Mfg, model BM-F-9 multicaliber machinegun, one (1) Palmetto State Armory, model M4 Carbine, 5.56 caliber machinegun, and one (1) IMI Israel, Model Uzi machinegun, to an individual known to the grand jury.

All in violation of Title 18, United States Code, Section 371.

## Count Two

Beginning on a date unknown to the Grand Jury, but by at least on or about January 7, 2022, and continuing through on or about the date of the presentment of this Indictment, in the Northern District of Georgia, the defendants, DEMARCUS NEWSOME, MIKEAL DENNARD, AND HERBERT YOUMANS, who were not then a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, and aided and abetted by one another, did willfully engage in the business of dealing in firearms, all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D), and Section 2.

## Count Three

On or about January 7, 2022, in the Northern District of Georgia, the defendant, DEMARCUS NEWSOME, did knowingly possess at least one machinegun, as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that is, a Palmetto State Armory,

model 7.62 x 39, rifle, in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

## Count Four

On or about January 7, 2022, in the Northern District of Georgia, the defendant, DEMARCUS NEWSOME, did knowingly possess a firearm, that is, a Palmetto State Armory, model 7.62 x 39, rifle, a machinegun as defined in 5845(b), not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## Count Five

On or about January 7, 2022, in the Northern District of Georgia, the defendant, DEMARCUS NEWSOME, knowing that he had previously been convicted of the following offense: Entering a Motor Vehicle with the Intent to Commit Theft, in the Superior Court of Lowndes County, Georgia, on or about October 6, 1999, which was then a crime punishable by imprisonment for a term exceeding one year, did knowingly possess the following firearm, that is, one (1) Palmetto State Armory, model 7.62 x 39, rifle, said possession being in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Section 922(g)(1).

### Count Six

On or about January 19, 2022, in the Northern District of Georgia, the defendants, DEMARCUS NEWSOME AND MIKEAL DENNARD, aided and abetted by each other, did knowingly possess at least one machinegun, as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that is, a Kalashnikov, model KR9S machinegun, in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2), and Section 2.

### Count Seven

On or about January 19, 2022, in the Northern District of Georgia, the defendants, DEMARCUS NEWSOME AND MIKEAL DENNARD, aided and abetted by each other, did knowingly possess a firearm, that is, a Kalashnikov, model KR9S machinegun, as defined in Title 26, United States Code, Section 5845(b), not registered to either defendant in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871, and Title 18, United States Code, Section 2.

### Count Eight

On or about March 1, 2022, in the Northern District of Georgia, the defendant, MIKEAL DENNARD, did knowingly possess at least one of the following machineguns, as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b):

- one (1) Aero Precision, model X-15 multicaliber machinegun;

6

- one (1) Anderson Manufacturing, Model AM-15 multicaliber machinegun; and

- one (1) Bear Creek Arsenal, model BCA 15 multicaliber machinegun,

all in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

## Count Nine

On or about March 1, 2022, in the Northern District of Georgia, the defendant, MIKEAL DENNARD, did knowingly possess at least one of the following firearms:

- one (1) Aero Precision, model X-15 multicaliber machinegun;

- one (1) Anderson Manufacturing, Model AM-15 multicaliber machinegun; and

- one (1) Bear Creek Arsenal, model BCA 15 multicaliber machinegun,

each of which was a machinegun as defined in Title 26, United States Code, Section 5845(b), and not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## Count Ten

On or about March 1, 2022, in the Northern District of Georgia, the defendant, MIKEAL DENNARD, knowing that he had previously been convicted of the following offense: Possession for Sale of Cocaine Base, in the Superior Court in Solano County, California, on or about October 2, 2008, which was then a crime punishable by imprisonment for a term exceeding one year, did knowingly possess at least one of the following firearms:

- one (1) Aero Precision, model X-15 multicaliber machinegun;

7

- one (1) Anderson Manufacturing, Model AM-15 multicaliber machinegun; and
- one (1) Bear Creek Arsenal, model BCA 15 multicaliber machinegun,

said possession being in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Section 922(g)(1).

## Count Eleven

On or about March 16, 2022, in the Northern District of Georgia, the defendants, HERBERT YOUMANS AND MIKEAL DENNARD, aided and abetted by each other, did knowingly possess at least one machinegun, as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that is, a Kalashnikov, model KS-12 shotgun, in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2), and Section 2.

## Count Twelve

On or about March 16, 2022, in the Northern District of Georgia, the defendants, MIKEAL DENNARD AND HERBERT YOUMANS, aided and abetted by each other, did knowingly possess a firearm, that is, a Kalashnikov, model KS-12 shotgun, a machinegun as defined in Title 26, United States Code, Section 5845(b), not registered to either defendant in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871, and Title 18, United States Code, Section 2.

8

**Count Thirteen**

On or about March 16, 2022, in the Northern District of Georgia, the defendant, MIKEAL DENNARD, did knowingly and intentionally distribute a controlled substance, said act involving at least five grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B), all in violation of Title 21, United States Code, Section 841(a)(1).

**Count Fourteen**

On or about March 16, 2022, in the Northern District of Georgia, the defendant, HERBERT YOUMANS, did knowingly transport, in interstate commerce, from the state of Mississippi to the state of Georgia, a firearm, that is, a Kalashnikov, model KS-12 shotgun, a machinegun as defined in Title 26, United States Code, Section 5845(b), not registered as required by chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5841, 5861(j), and 5871.

**Count Fifteen**

On or about March 16, 2022, in the Northern District of Georgia, the defendant, HERBERT YOUMANS, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did knowingly transport in interstate commerce, from the state of Mississippi to the state of Georgia, a machinegun, as defined in Title 26, United States Code, Section 5845(b), that is, a Kalashnikov, model KS-12 shotgun,

without the specific authorization of the Attorney General, in violation of Title 18, United States Code, Sections 922(a)(4) and 924(a)(1)(B).

### Forfeiture

Upon conviction of any of the offenses alleged in this Indictment, the defendants, DEMARCUS NEWSOME, MIKEAL DENNARD, AND HERBERT YOUMANS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in and used in the offense(s).

Upon conviction of the offense alleged in Count Thirteen of this Indictment, the defendant, MIKEAL DENNARD, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation and all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation, including, but not limited to, the following:

    a. MONEY JUDGMENT: A sum of money in United States currency equal to the amount of proceeds the defendant obtained as a result of the offense for which the defendant is convicted.

In addition, if, as a result of any act or omission of a defendant, any property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be subdivided without difficulty,

the United States intends, pursuant Title 21, United States Code, Section 853(p),

as incorporated by Title 28, United States Code, Section 2461(c),

to seek forfeiture of any other property of said defendant up to the value of the

forfeitable property.

A ___*True*___ BILL

_____
FOREPERSON

KURT R. ERSKINE
  *United States Attorney*

*Leanne Marek*

LEANNE M. MAREK
  *Assistant United States Attorney*
Georgia Bar No. 270935

*Noah Schechtman*

NOAH R. SCHECHTMAN
  *Assistant United States Attorney*
Georgia Bar No. 937828

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

11