

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*   *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*   *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

April 25, 2022

Courtroom Deputy
United States District Court
for the Northern District of Georgia
75 Ted Turner Drive, SW
Atlanta, GA 30303

    Re: U.S. v. James Brian Morelock, 1:19-CR-00211
        U.S. v. Dennis Gibboney, 1:21-CR-00281,
        U.S. v. Matthew Reynolds. 4:21-CR-00043
        U.S. v. Abdoul Diallo, 1:22-CR-00041
        U.S. v. Belton Queen, 1:19-CR-00328
        U.S. v. William Gresham, 1:21-CR-00035
        U.S. v. Melvin Castellanos, 1:21-CR-00348
        U.S. v. Montavious Dixon, 3:20-CR-00003
        U.S. v. Shreesh Tiwari, 4:21-CR-00045
        U.S. v. Larry Pruitt, 4:21-CR-00012
        U.S. v. Kenan L'Homme, 1:22-CR-00067
        U.S. v. Sean Savage, 1:20-CR-00178
        U.S. v. Sean Savage, 1:21-CR-00363
        U.S. v. Marc Celello, 1:19-CR-00417
        U.S. v. Phillip Nwachukwu, 1:21-CR-00282
        U.S. v. James Torchia, 1:19-CR-00377
        U.S. v. Stefan Zappey, 3:21-CR-00014
        U.S. v. William Vicent, 3:21-CR-00010
        U.S. v. Mikel Dennard, et al, 1:22-CR-00106
        U.S. v. James Hargett, 1:22-CR-00099
        U.S. v. Stacy Wisener, 4:22-CR-00008
        U.S. v. Brendon Gates, 3:19-CR-00005
        U.S. v. Darius Carr, et al, 1:22-CR-00135
        U.S. v. Aricko Thomas, 1:22-CR-00114

Dear Courtroom Deputy:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office from May 31–June 3, 2022, July 20-22, 2022, August 5-12, 2022, September 2-9, 2022, and September 23, 2022. I request that the Court not schedule any court appearances in the above-referenced matter for those dates.

                                              Sincerely,

                                              KURT R. ERSKINE
                                              *United States Attorney*

                                              */s/ Leanne Marek*

                                              LEANNE MAREK
                                              *Assistant United States Attorney*

cc:  Counsel for Defendant