IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEMARCUS NEWSOME<br>MIKEAL DENNARD<br>HERBERT YOUMANS,<br>    Defendant. | CRIMINAL ACTION<br><br>NUMBER 1:22-CR-106-MHC-CMS |

## **O R D E R**

For good cause shown, the motions by defendants' Demarcus Newsome and Herbert Youmans to continue the pretrial conference and deadline for pretrial motions [Docs. Nos. 45 and 46] are GRANTED. The oral motion by defendant Mikeal Dennard to continue the pretrial conference and deadline for pretrial motions is GRANTED. The pretrial conference for all defendants is re-scheduled to July 5, 2022, at 10:00 a.m. by Zoom. The defendants have until June 30, 2022, to file any pretrial motions.

The time from May 2, 2022, to and until July 5, 2022, is excluded from the Speedy Trial Act computation under 18 U.S.C. §3161(h)(7)(B)(i) on the grounds that the additional time is necessary to afford defendant reasonable time for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED this 27th day of April, 2022.

_____
CATHERINE M. SALINAS
United States Magistrate Judge